UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

AMY MEISNER,

                      Plaintiff,

                v.

515 WEST 47TH STREET LLC AND MUSE COFFEE
ROASTERS, INC,

                   Defendants.

-----------------------------------------------------------------------x

**Docket No. 1:22-CV-02315
(JPO)(GWG)**

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been

asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and

without costs, fees, or expenses.

Dated: February ___, 2023   New York, New York

**PARKER HANSKI LLC**

By:_____
       Robert G. Hanski, Esq.
       *Attorneys for Plaintiff*
       40 Worth Street, Suite 602
       New York, New York 10013
       Tel: (212) 248-7400
       rgh@parkerhanski.com

**SOLOMON & TANENBAUM, P.C.**

By:_____
       Steven R. Tanenbaum, Esq.
       *Attorneys for Defendant 515 West 47th Street LLC*
       707 Westchester Avenue, Suite 205
       White Plains, New York 10604
       Tel: (914) 289-0800
       stanenbaum@cstpc.com

**GLENN AGRE BERGMAN & FUENTEs**

By:_____
       Reid Skibell, Esq.
       *Attorneys for Defendant Muse Coffee Roasters, Inc.*
       1185 Avenue of the Americas, 22nd Floor
       New York, NY 10036
       Tel: (212) 970-1610
       rskibell@glennagre.com